# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **MARY THOMAS,** § | |
| § | **Civil Action No. 4:15-cv-01561** |
| Plaintiff, § | |
| v. § | |
| **BLUESTEM BRANDS, INC. d/b/a FINGERHUT** § | |
| Defendant. § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: March 9, 2016      BY: */s/ Amy L. Bennecoff Ginsburg*
          Amy L. Bennecoff Ginsburg, Esquire
          Kimmel & Silverman, P.C.
          30 E. Butler Avenue
          Ambler, PA 19002
          Phone: (215) 540-8888
          Facsimile: (877) 788-2864
          Email: abennecoff@creditlaw.com
          Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2016, a true and correct copy of the foregoing pleading was served via ECF to the below:

Luke J. Gilman, Esq.
Jackson Walker L.L.P
1401 McKinney, Suite 1900
Houston, Texas 77010

Dated: <u>March 9, 2016</u>    BY: <u>*/s/ Amy L. Bennecoff Ginsburg*</u>
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: abennecoff@creditlaw.com
Attorney for the Plaintiff